UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STEWART RIGGS,

           Plaintiff,

    v.

PIERCE COUNTY SHERIFF'S
DEPARTMENT, *et al.,*

          Defendants.

Case No. C08-5161 FDB/KLS

ORDER REGARDING PLAINTIFF'S
LETTER FILING

      Presently before the Court is Plaintiff's letter requesting guidance as to the submission of evidence and his rights and obligations in pursuing his lawsuit.  (Dkt. # 6).  Plaintiff is advised that while the Court liberally construes the filings of pro se Plaintiffs, it may not provide legal advice to parties nor may it conduct any type of investigation on its own.  Plaintiff is directed to the Federal Rules of Civil Procedure (Title 28 U.S.C.)

      Plaintiff is reminded that when he is released from custody, he must keep the Court (and any opposing parties who have appeared in this action) advised as to his current address pursuant to Local Rule 41(b)(2), so that the Court and opposing parties may continue to send notifications of deadlines and other filings to Plaintiff.

      DATED this  15th  day of April, 2008.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1