UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEWART RIGGS,<br><br>                Plaintiff,<br><br>   v.<br><br>PIERCE COUNTY SHERIFF'S DEPARTMENT, *et al.*,<br><br>                Defendants. | No. C08-5161 FDB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION DISMISSING ACTION FOR FAILURE TO PROSECUTE** |

This civil rights action comes before the Court on the Report and Recommendation of the Magistrate Judge that this action be dismissed as abandoned pursuant to Fed. R. Civ. P. 41(b). Plaintiff has not filed an objection.

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b)(2) of the Federal Rules of Civil Procedure.

(3) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

**DATED** this 31st day of August, 2009.

                                      FRANKLIN D. BURGESS
                                      UNITED STATES DISTRICT JUDGE

ORDER - 1