# United States District Court

WESTERN DISTRICT OF WASHINGTON

STEWART RIGGS,

      PLAINTIFF,

      v.

PIERCE COUNTY SHERIFF'S DEPARTMENT, et al.,

      DEFENDANTS,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5161FDB

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b)(2) of the Federal Rules of Civil Procedure.

September 1, 2009

BRUCE RIFKIN
Clerk

/s/ Pat LeFrois
Deputy Clerk